UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN RE:                                                               CASE NO. 08-32863
JANET SUE BERRIER,                                      Chapter 7
    Debtor.

TRUSTEE'S NOTICE OF DEPOSIT OF UNDISTRIBUTED FUNDS

Gary D. Boyn, Trustee, notifies the Court, pursuant to Bankruptcy Rules 3010 and 3011 that the Claimant #2, River Oaks OB/GYN, 2405 W. Lexington Ave., Elkhart, IN 46514, is entitled to interim distribution on allowed claim in the amount of $131.01, which amount Trustee now deposits in the U.S. Bankruptcy Clerk's Registry Account, as unclaimed funds, for the use and benefit of said claimant.

DATED:  December 7, 2009

/s/ Gary D. Boyn
Gary D. Boyn, Trustee
121 W. Franklin St., Suite 400
Elkhart, IN 46516
(574) 294-7491

CERTIFICATE OF SERVICE

The undersigned hereby certifies service of the foregoing was sent electronically via the Bankruptcy Clerk's ECF System or has been made by placing a copy thereof in the United States mail, first class postage prepaid, this 7th day of December, 2009:

U.S. Trustee's Office:          USTPRegion10.SO.ECF@usdoj.gov
Michael K. Banik:               banikandrenner@aol.com

River Oaks OB/GYN
2405 W. Lexington Ave.
Elkhart, IN 46514

/s/ Gary D. Boyn